UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

OUTLAW, et al.,

                Plaintiffs,

     -against-

BROOKFIELD PROPERTY MANAGERS, et al.,

                Defendants.
------------------------------------------------------------------X

25-CV-00135 (DEH)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

     On February 19, 2025, the parties in this action requested an adjournment of the Initial Pretrial Conference scheduled for February 27, 2025. ECF No. 18. The Initial Pretrial Conference shall proceed as scheduled on February 27, 2025, at 11:00 a.m. During the conference, the Court will consider whether the parties' February 19, 2025 request is warranted. At that time the parties should dial into the Court's dedicated teleconferencing line at (855) 244-8681 and enter Access Code 23142707008. The parties are reminded to complete the Civil Case Management Plan and Scheduling Order, available at https://nysd.uscourts.gov/hon-sarah-netburn, and e-mail it to Netburn_NYSDChambers@nysd.uscourts.gov.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    February 21, 2025
               New York, New York