UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

OUTLAW, et al.,

                             **Plaintiffs,**                      25-CV-00135 (DEH)(SN)

      -against-                                     **ORDER**

BROOKFIELD PROPERTY MANAGERS, et al.,

                             **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On February 27, 2025, the parties in this action appeared for an Initial Pretrial Conference. During the conference, counsel for Plaintiffs advised that they had agreed to dismiss the claims against Defendant RWDSU-Local 670.

Accordingly, Defendant RWDSU-Local 670's motion to dismiss is denied as moot. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 13.

Plaintiffs and Defendant RWDSU-Local 670 are ORDERED to file a stipulation of voluntary dismissal or status letter regarding any outstanding issues no later than Friday, March 7, 2025.

**SO ORDERED.**

                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:     February 27, 2025
               New York, New York