UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Outlaw et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>Brookfield Property Managers et al.,<br><br>                    Defendants. | 25-CV-135 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The Court has been advised that Plaintiffs' claim against Defendant Brookfield Property Managers ("Brookfield") has been resolved. It is hereby ORDERED that Plaintiffs shall file a stipulation of dismissal with respect to their claim against Brookfield in accordance with the deadline set by Magistrate Judge Netburn.

It is also ORDERED that Plaintiffs and the remaining Defendant, Collins Building Services, Inc., shall brief the issue of whether the Court has jurisdiction over this action given the lack of a federal question and apparent absence of complete diversity between the parties. **By Monday, July 14, 2025**, Defendant shall file a letter brief no longer than five pages. Plaintiffs shall respond in a letter brief not to exceed five pages **by Friday, July 25, 2025**. There shall be no reply brief.

SO ORDERED.

Dated: July 2, 2025
       New York, New York

_____
DALE E. HO
United States District Judge