UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Outlaw et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>Brookfield Property Managers et al,<br><br>      Defendants. | 25-CV-135 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  On July 2, 2025, the parties appeared before Magistrate Judge Netburn for a settlement conference, during which Plaintiffs' claim against Defendant Brookfield Property Managers ("Brookfield") were resolved. This Court subsequently issued an Order directing Plaintiffs to file a stipulation of dismissal with respect to their claim against Brookfield in accordance with the deadline set by Magistrate Judge Netburn. *See* July 2, 2025 Order, ECF No. 32. That deadline has passed, and no stipulation has been filed. It is hereby ORDERED that Plaintiffs their stipulation of dismissal **by Wednesday, September 17, 2025**.

  Additionally, the Court's Order called for Plaintiffs and the remaining Defendant, Collins Building Services, Inc. ("Collins"), to brief the issue of whether the Court retains jurisdiction over this action given the lack of a federal question and apparent absence of complete diversity between the parties. *Id.* The Court ordered Collins to file a letter brief by July 14, 2025, and for Plaintiff to respond by July 25, 2025. *Id.* Collins filed its brief on July 11, 2025, "respectfully request[ing] that this action be dismissed pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction." ECF No. 33. Plaintiff has not responded. It is hereby ORDERED that Plaintiff shall file any response **by Wednesday, September 17, 2025**. If no such response is filed, the Court shall dismiss the claims against Collins for lack of subject matter jurisdiction.

  SO ORDERED.

Dated: September 12, 2025
   New York, New York

                                 DALE E. HO
                            United States District Judge